UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America
                              Plaintiff,

-against-

Hugo Richard Villanueva Torres
                              Defendant.

21 cr 148 ( PAE )

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of __Stacy A. Biancamano, Esq.__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __New Jersey__; and that his/her contact information is as follows (please print):

Applicant's Name: __Stacy A. Biancamano__
Firm Name: __Biancamano Law, LLC__
Address: __312 North Avenue E, Suite 7__
City / State / Zip: __Cranford, NJ 07016__
Telephone / Fax: __(908) 325-3023; (908) 325-3007__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Hugo Richard Villanueva Torres__ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 3/23/2021

Paul A. Engelmayer
United States District Judge