# Biancamano Law, LLC

42A North 20th Street
Kenilworth, NJ 07033
Phone: (908) 325-3023
Fax: (908) 325-3007

---

October 6, 2021

*Via eFiling*

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

**Re: United States v. Hugo Villanueva Torres (1:21-cr-00148-PAE-2)**

Dear Judge Engelmayer:

    I am writing to advise the Court that I was recently exposed to Covid-19. Accordingly, I am unable to appear in person for tomorrow's status conference before Your Honor. My associate, Daniel Holzapfel, is up to speed on this matter and will be appearing in my place for tomorrow's purposes to avoid any disruption of the Court's calendar.

    Thank you for Your Honor's consideration in this matter.

Very truly yours,

/s/ *Stacy Biancamano*

Stacy Biancamano

Cc: Kedar Bhatia, AUSA
       Andrew Rohrbach, AUSA
       Hugo Villanueva Torres

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 63.

10/7/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge