UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

Plaintiff,

-against-

Hugo Richard Villanueva Torres Defendant.

21 cr 148 ( )

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of _Daniel J. Holzapfel_, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _New Jersey_; and that his/her contact information is as follows (please print):

Applicant's Name: Daniel J. Holzapfel
Firm Name: Biancamano Law, LLC
Address: 42A North 20th Street
City / State / Zip: Kenilworth, NJ 07033
Telephone / Fax: (908) 325 3023; (908) 325 3007

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _Hugo Richard Villanueva Torres_ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 10/6/2021

Paul A. Engelmayer
United States District