# Biancamano Law, LLC

42A North 20th Street
Kenilworth, NJ 07033
Phone: (908) 325-3023
Fax: (908) 325-3007

---

February 14, 2022

<u>*Via eFiling*</u>

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

**Re: United States v. Hugo Villanueva Torres (1:21-cr-00148-PAE-2)**

Dear Judge Engelmayer:

Per my correspondence with Mr. Smallman, I write to respectfully request that I be permitted to appear via telephone for tomorrow's status conference. Ms. Biancamano and I are presently on trial before the Honorable Renee M. Bumb in the District of New Jersey (Camden Branch). We have been advised that we will be sitting again tomorrow, but have coordinated the day's proceedings so that I may be available to call in for our status conference at 12:00 pm.

Your Honor's time and thoughtful consideration in this regard is sincerely appreciated.

Respectfully submitted,

/s/ *Daniel J. Holzapfel*

Daniel J. Holzapfel

Cc: Kedar Bhatia, AUSA
Andrew Rohrbach, AUSA
Hugo Villanueva Torres

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 89.

SO ORDERED.

2/14/2022

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge