# Biancamano Law, LLC

42A North 20th Street
Kenilworth, NJ 07033
Phone: (908) 325-3023
Fax: (908) 325-3007

---

August 12, 2022

<u>*Via eFiling*</u>

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 1007

**Re: United States v. Hugo Villanueva Torres (1:21-cr-00148-PAE-2)**

Dear Judge Engelmayer:

I write to respectfully request a 45-day adjournment of Mr. Villanueva-Torres's sentencing presently scheduled before Your Honor for September 1, 2022. There are issues regarding two prior municipal court cases that we would like to explore more fully before proceeding given the impact these matters may have on Mr. Villanueva's sentence. We respectfully submit that an additional 45-days should be sufficient to allow us to do that. I have discussed this request with AUSA Kedar Bhatia who has advised that he and Mr. Rohrbach have no objection to this request. Accordingly, we respectfully request to the extent the Court can accommodate that this sentencing be re-listed for a date after October 17, 2022.

Thank you for Your Honor's time and thoughtful consideration in this regard.

Respectfully submitted,

/s/ *Daniel J. Holzapfel*

Daniel J. Holzapfel

Cc: Kedar Bhatia, AUSA
Andrew Rohrbach, AUSA
Hugo Villanueva Torres

**GRANTED.** Sentencing is adjourned to October 25, 2022 at 11:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 130.

SO ORDERED.                8/12/2022

_____
PAUL A. ENGELMAYER
United States District Judge